485 P.2d 973

485 P.2d 973

Jay J. HARRIS, Plaintiff-Respondent,

v.

Donovan O. COTTON, a minor, and Guy Cotton, Defendants-Petitioners.
No. 9249.

Supreme Court of New Mexico.

May 5, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 641 be and the same is hereby returned to the Clerk of the Court of Appeals.

STATE of New Mexico, Plaintiff-Appellee,

v.

Cecil E. SEXTON, Defendant-Appellant.
No. 9275.

Supreme Court of New Mexico.

June 1, 1971.

Original Proceeding in Certiorari

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 586, 82 N.M. 648, 485 P.2d 982, be and the same is hereby returned to the Clerk of the Court of Appeals.